McELIGOT & CHENOWETH COMPANY ET AL., APPELLANTS,
v. THE TOWN OF NUTLEY, IN THE COUNTY OF ESSEX, RESPONDENT.

Argued November 29, 1918—Decided March 3, 1919.

On appeal from the Supreme Court, whose opinion is reported in 92 *N. J. L.* 120.

For the appellants, *Reed & Reynolds.*

For the respondent, *J. Harry Hull.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Kalisch in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, TRENCHARD, PARKER, HEPPENHEIMER, WILLIAMS, GARDNER, JJ.   8.

*For reversal*—MINTURN, WHITE, JJ.   2.